FILED

DEC 1 2 2017

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'7MJ4709

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: _____ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Controlled Substances (Felony) |
| John Lee BISHOP, | |
| Defendant. | |

On or about December 11, 2017, within the Southern District of California, Defendant, John Lee BISHOP, did knowingly and intentionally import 100 kilograms and more, to wit: approximately 127.86 kilograms (281.88 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Linnet Edasi, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 12th day of December, 2017.

_____
United States Magistrate Judge
**WILLIAM V. GALLO**



On December 11, 2017, at approximately 5:25 A.M., John Lee BISHOP (Defendant), a United States citizen, applied for admission into the United States from Mexico via the San Ysidro, California, Port of Entry using the Secure Electronic Network for Travelers Rapid Inspection (SENTRI)/dedicated commuter lane #6. Defendant was the driver and sole visible occupant of a Gray Volkswagen Jetta bearing California license. Upon inspection before a United States Customs and Border Protection (CBP) Officer, who was conducting pre-primary inspections, Defendant identified himself with his valid SENTRI card and stated he was going to Chula Vista, California with nothing to declare from Mexico. The CBP Officer conducted an inspection of the vehicle and discovered packages concealed within the wheel well. A Canine Enforcement Officer screened the vehicle with his assigned Narcotics Human Detecting Dog which alerted to the undercarriage and trunk area of the vehicle. Regarding the vehicle, Defendant told the CBP Officer he was the only person with access to the vehicle. Defendant was secured and escorted to secondary inspection along with the vehicle.

In secondary, a CBP Officer conducted an inspection of the vehicle and several packages were discovered after the alerted areas were disassembled. One randomly selected package was probed which field-tested positive for the

characteristics of marijuana. A total of one hundred and five (105) packages, with an aggregate weight of 127.86 kilograms (281.88 pounds), were removed from the vehicle's bumpers, rear seat, dashboard and wheel well. At approximately 8:50 A.M., Defendant was arrested for the importation of a controlled substance.

Defendant was arrested and charged with violation of Title 21, United States Code, 952 and 960, Unlawful Importation of a Controlled Substance.

2