'**MATTHEW C. BINNINGER**
California State Bar No. 265148
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Matthew_Binninger@fd.org

Attorneys for Mr. Bishop

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 18CR0094-BTM |
|---|---|
| Plaintiff, | WITHDRAWAL OF DOCUMENT |
| v. | |
| JOHN LEE BISHOP, | |
| Defendant. | |

John Lee Bishop, the defendant in this case, through counsel Matthew C. Binninger and Federal Defenders of San Diego, Inc., hereby requests that this Court authorize the withdrawal Defendant's Sentencing Memorandum, document number 38.

Respectfully submitted,

Dated: September 21, 2018      *s/ Matthew C. Binninger*
MATTHEW C. BINNINGER
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Bishop
Email: Matthew_Binninger@fd.org

18CR0094-BTM

WITHDRAWAL OF DOCUMENT

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Oleksandra Johnson
Assistant U.S. Attorney
Oleksandra.Johnson@usdoj.gov

Respectfully submitted,

Dated: September 21, 2018

*s/ Matthew C. Binninger*
MATTHEW C. BINNINGER
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Bishop
Email: Matthew_Binninger@fd.org

18CR0094-BTM

WITHDRAWAL OF DOCUMENT