## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )     CASE NUMBER _18CR0094-BTM_

              vs )     ABSTRACT OF ORDER

                       )     Booking No. _65782298_

John Lee Bishop )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _9/21/2018_

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

___✓_____ Defendant remanded and ( __✓___ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

BARRY TED MOSKOWITZ

OR

Received_____

      DUSM

JOHN MORRILL           Clerk

by

                            Deputy Clerk

Crim-9   (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151