JOHN LEE BISHOP
2700 W. 8th ST. #70
YUMA, ARIZONA 85364

**FILED**

Dec 03 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ AKR          DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3:18-cr-00094-BTM
(AKR, deputy clerk)

UNITED STATES OF AMERICA

    PLAINTIFF           CASE NO.

       VS,             17mj4709-WVG

  JOHN LEE BISHOP

    DEFENDANT     | NOTICE OF APPEAL |

COMES NOW THE DEFENDANT, JOHN LEE BISHOP,
PRO SE, AND HEREBY GIVES NOTICE OF APPEAL
FROM THE JUDGMENT AND SENTENCE IMPOSED BY
THIS COURT ON NOVEMBER 21, 2018

RESPECTFULLY SUBMITTED THIS 27th DAY
OF NOVEMBER, 2018

COPY MAILED THIS 27th DAY OF
NOVEMBER, 2018 TO EACH OF
THE FOLLOWING:

_John Lee Bishop_
JOHN LEE BISHOP

(1) U.S. ATTORNEY FOR THE
SOUTHERN DISTRICT OF CA.
333 W. BROADWAY
SAN DIEGO, CA. 92101

(2) MATTHEW BININGER, LAWYER
225 W. BROADWAY
SAN DIEGO, CA. 92101



JOHN LEE BISHOP
# 217077
SANTA ANA JAIL  M-88
P.O. BOX 22003  92702
SANTA ANA, CA



RECEIVED

DEC 0 3 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

COURT CLERK FOR THE
SOUTHERN DISTRICT OF CALIFORNIA
333 WEST BROADWAY
SUITE 1580
SAN DIEGO, CA   92101

Santa Ana Jail Correspondence