MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VS

USA | John Lee Bishop

Case Number: 18cr0094-BTM    WITNESS LIST    Evidentiary Sentencing Hearing

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| November 20, 2018 | X | | AdriAnne Carrier, Special Agent FBI |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |