MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VS

USA                                           John Lee Bishop

Case Number:   18cr0094-BTM        EXHIBIT LIST        Evidentiary Sentencing Hearing

☒   Plaintiff   ☐   Defendant   ☐   Court

| No. | Date I.D. | Date Rec'vd | Description |
|-----|-----------|-------------|-------------|
| 1 | November 20, 2018 | November 20, 2018 | Defense Proffer Letter 1 |
| 2 | November 20, 2018 | November 20, 2018 | Defense Proffer Letter 2 |
| 3 | November 20, 2018 | November 20, 2018 | Defense Proffer Letter 3 |
| 4 | November 20, 2018 | November 20, 2018 | Defense Proffer Letter 4 |
| 5 | November 20, 2018 | November 20, 2018 | Defendant's Statements |
| 6 | November 20, 2018 | November 20, 2018 | Defendant's Statements |
| 7 | November 20, 2018 | November 20, 2018 | Defendant's Statements |
| 8 | November 20, 2018 | November 20, 2018 | Defendant's Statements (September Report) |
| 9 | November 20, 2018 | November 20, 2018 | Defendant's Statements (October report) |
|   |   |   |   |
|   |   |   |   |