BENJAMIN J. CHEEKS
CA Bar No: 269378
Law Offices of Benjamin J. Cheeks, A.P.C.
600 West Broadway, Suite 700
San Diego, California 92101
(619) 995-7828 (Phone)
(619) 272-7001 (Fax)
bjc@bencheekslaw.com

Attorney for Defendant: JOHN LEE BISHOP

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> JOHN LEE BISHOP, ) <br> Defendant. ) | Case No. 18-CR-00094-BTM <br><br> **MOTION TO UNSEAL AND RELEASE SENTENCINNG TRANSCRIPTS** |

The defendant, John Lee Bishop, by and through his attorney Benjamin J. Cheeks, respectfully requests that the sentencing hearing transcripts pertaining to this case be unsealed and released to the undersigned. On November 20, 2018 and November 21, 2018, this Court held a sentencing hearing on the aforementioned case, ultimately sentencing Mr. Bishop to 60 months in custody. [Docket 49, 59]. On December 3, 2018, Mr. Bishop filed a notice of appeal. [Docket 61].

On December 12, 2019, the undersigned was assigned to represent Mr. Bishop on appeal. [Docket Entry No. 68]. The undersigned's conversation with

the court reporter during the sentencing hearing revealed that this Court ordered the transcripts be sealed. The undersigned respectfully request that the Court unseal those transcripts for the purpose of using them in Mr. Bishop's appeal to the Ninth Circuit Court of Appeals.

Respectfully submitted,

Dated: February 14, 2019

/s/Benjamin J. Cheeks
BENJAMIN J. CHEEKS