**FILED**

FEB 2 0 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18-CR-00094-BTM |
| v. | ORDER ON UNSEALING SENTENCING HEARING TRANSCRIPTS |
| JOHN LEE BISHOP, | |
| Defendant. | |

IT IS SO ORDERED that the sentencing hearing transcripts from November 20-21, 2018 be ~~unsealed and~~ released to Benjamin J. Cheeks. Esq. for use in Mr. Bishop's appeal to the Ninth Circuit Court of Appeals. They shall remain under seal.

Dated: February __19__, 2019

_Barry Ted Moskowitz_
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE