**Pages 1 - 10**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Before The Honorable Andrew G. Schopler, Magistrate Judge

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
  VS.                           )          NO. 18-CR-00094-BTM
                                )
JOHN LEE BISHOP,                )
                                )
            Defendant.          )
_____ )

San Diego, California
Thursday, February 8, 2018

**TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
OF PROCEEDINGS**

Liberty Court Player 3:37 p.m. - 3:52 p.m. = 15 minutes

**APPEARANCES:**

For Plaintiff:
                    ADAM L. BRAVERMAN
                    United States Attorney
                    880 Front Street, Suite 6293
                    San Diego, California 92101
              BY:   **OLEKSANDRA JOHNSON, ESQ.**
                    **ASSISTANT UNITED STATES ATTORNEY**

For Defendant:
                    FEDERAL DEFENDERS OF SAN DIEGO, INC.
                    225 Broadway, Suite 900
                    San Diego, California 92101
              BY:   **MATTHEW C. BINNINGER, ESQ.**
                    **GERLONI COTTON, ESQ.**
                    **ATTORNEYS AT LAW**

Transcribed By:  James C. Pence-Aviles, RMR, CRR, CSR No. 13059
                 Official Court Reporter

**Thursday - February 8, 2018**                          **3:37 p.m.**

**P R O C E E D I N G S**

**---000---**

THE CLERK:  Calling Matters No. 11, 12, 14, and 15. 11, 12, 14, and 15.

(Discussion regarding other cases.)

THE CLERK:  Matter No. 14, 18-CR-0094-BTM, USA versus John Lee Bishop.

MS. COTTON:  Good afternoon, Your Honor.  Gerloni Cotton, Federal Defenders, on behalf of Mr. Bishop, who's present on bond.

THE COURT:  Good after- --

MS. JOHNSON:  Good afternoon, Your Honor.  Oleksandra Johnson for the United States on that case.

THE COURT:  Good afternoon, Ms. Johnson.

And good afternoon, Ms. Cotton.

MS. COTTON:  Also here with co-counsel Matt Binninger on this case.

THE COURT:  Good afternoon again, Mr. Binninger.

MR. BINNINGER:  Good to see you again, Your Honor. Always a pleasure.

(Laughter)

(Discussion regarding another case.)

THE COURT:  Please place the defendants under oath.

THE CLERK:  Please raise your right hand.

Do you sol- -- (Inaudible).

Do you solemnly swear the evidence you shall give in the cause now before this Court shall be the truth, the whole truth, and nothing but the truth?

(Discussion regarding other cases.)

**THE CLERK:**  Mr. John Lee Bishop?

**THE DEFENDANT:**  Yes, ma'am.

**THE CLERK:**  Tell him to speak up.

**THE DEFENDANT:**  Yes, ma'am.

(Discussion regarding another case.)

**THE CLERK:**  You may lower your hand.

**THE COURT:**  If you give any false answers under oath, those statements may be used against you in a prosecution for perjury or false statement.

Do you understand, Mr. Bishop?

**THE DEFENDANT:**  Yes, sir.

(Discussion regarding other cases.)

**THE COURT:**  I want -- Mr. Bishop, are you under the influence of anything that could affect your ability to understand this proceeding such as drugs, medicine, or alcohol?

**THE DEFENDANT:**  No, sir.

(Discussion regarding other cases.)

**THE COURT:**  Each of you have a right to plead guilty before a District Judge, but I have a consent form here that indicates that you wish to plead guilty today before me, a

Magistrate Judge.

Is that, in fact, what you wish to do, Mr. Bishop?

**THE DEFENDANT:**  Yes, sir.

(Discussion regarding other cases.)

**THE COURT:**  Mr. Bishop, has anyone threatened you or anyone else in order to get you to plead guilty?

**THE DEFENDANT:**  No, sir.

(Discussion regarding other cases.)

**THE COURT:**  Mr. Bishop, other than the promises in your plea agreement, has anyone promised anything to get you to plead guilty?

**THE DEFENDANT:**  No, sir.

(Discussion regarding other cases.)

**THE COURT:**  Each of you has the right to persist in a plea of not guilty.  You have the right to a speedy and public jury trial.  You have the right to an attorney at trial and throughout the case, and if you can't afford an attorney, I would appoint one for you.

You have the right to confront and cross-examine the witnesses against you.  You have the right to testify, present evidence, and compel witnesses to come here to testify.  You also have the right to remain silent.  You cannot be forced to testify, and the Government may not comment on your silence.

By pleading guilty, you will be giving up all these rights with the exception of your right to an attorney.

Do you understand all of that, Mr. Bishop?

THE DEFENDANT:  Yes, sir.

(Discussion regarding other cases.)

THE COURT:  To convict you, the prosecution would have to prove certain elements beyond a reasonable doubt.

(Discussion regarding other cases.)

THE COURT:  Okay.  Mr. Bishop, I want you to understand, sir, that you would be facing the following maximum penalties for the crime of felony importation of marijuana:

A maximum of 40 years in prison, a mandatory minimum of five years, a maximum 5-million-dollar fine, a mandatory special assessment of $100, a term of supervised release of at least four years and up to a life term of supervised release.

You would also potentially become ineligible for certain federal benefits such as food stamps or Social Security benefits, and you would be subject to the forfeiture of any proceeds you made from the crime as well as forfeiture of any property that was used to commit or facilitate the crime.

Finally, upon each revocation of your supervised release, you would face a new prison term of up to three years.

Do you understand those are the maximum penalties you're facing, Mr. Bishop?

THE DEFENDANT:  Yes, Your Honor.

(Discussion regarding another case.)

THE COURT:  Each of your plea agreements contain a

provision giving up your right to appeal or collaterally attack your conviction and sentence except under limited circumstances.

Do you fully understand that provision of your plea agreement, Mr. Bishop?

**THE DEFENDANT:**  Yes, sir.

(Discussion regarding other cases.)

**THE COURT:**  In addition, your plea agreement contains provisions regarding certain sentencing recommendations.  If the Court rejects a sentencing request, you would not have the right to withdraw your -- your guilty plea.

Do you understand, Mr. Bishop?

**THE DEFENDANT:**  Yes, sir.

(Discussion regarding other cases.)

**THE COURT:**  Your sentence will be based on various sentencing factors as well as your sentencing guidelines range, including any possible departures.  Regardless of the sentence recommended by the sentencing guidelines, the judge could sentence you all the way up to the maximum penalties allowed by law.

Do you understand, Mr. Bishop?

**THE DEFENDANT:**  Yes, Your Honor.

(Discussion regarding other cases.)

**THE COURT:**  After any prison term in this case, you may be placed on supervised release.  If you were to violate

your supervised release conditions, you could be sent back to custody for a new prison term followed by a new term of supervised release.  That could happen repeatedly.

Do you understand all of that, Mr. Bishop?

THE DEFENDANT:  Yes, sir.

(Discussion regarding other cases.)

THE COURT:  I want each of you to understand that if you plead guilty and it turns out that you are not a United States citizen, it is a virtual certainty that you would be denied United States citizenship, removed from the United States, and denied admission to the United States in the future.

Do you understand, Mr. Bishop?

THE DEFENDANT:  Yes, sir.

(Discussion regarding other cases.)

THE COURT:  Mr. Bishop, your plea agreement is contained in a 14-page document.

Is this your signature there on the last page, sir?

THE DEFENDANT:  Yes, sir.

(Discussion regarding another case.)

THE COURT:  Mr. Bishop, before you signed your plea agreement, did you read and understand everything in it?

THE DEFENDANT:  Yes, Your Honor.

(Discussion regarding other cases.)

THE COURT:  Mr. Bishop, before you signed your plea

agreement, did you fully review and discuss everything in it with your attorney?

**THE DEFENDANT:**  Yes, sir.

(Discussion regarding other cases.)

**THE COURT:**  Mr. Bishop, are you satisfied with your attorney?

**THE DEFENDANT:**  Yes, sir.

(Discussion regarding other cases.)

**THE COURT:**  Mr. Bishop, do you swear under penalty of perjury that all the facts set forth in your plea agreement are true in every respect?

**THE DEFENDANT:**  Yes, Your Honor.

(Discussion regarding other cases.)

**THE COURT:**  And, Mr. Bishop, do you -- did you understand everything that was said during this hearing?

**THE DEFENDANT:**  Yes, sir.

(Discussion regarding other cases.)

**THE COURT:**  Defense counsel, is this plea being made knowingly and voluntarily and with your concurrence?

**MR. BINNINGER:**  Yes, Your Honor.

**MS. COTTON:**  Yes, Your Honor.

(Discussion regarding other cases.)

**THE COURT:**  Please rearraign the defendants.

**THE CLERK:**  Now that you all have been advised of your right, the charges against you, and the possible sentence --

(Discussion regarding other cases.)

**THE CLERK:**  Mr. John Lee Bishop, how do you now plead to Count 1 of the information, guilty or not guilty?

**THE DEFENDANT:**  Guilty.

(Discussion regarding another case.)

**THE COURT:**  I find that each of these defendants' guilty pleas satisfy Rule 11.  I will issue detailed written findings and recommendations in each case.  I vacate all dates other than the sentencing date that I am about to set.

(Discussion regarding other cases.)

**THE COURT:**  Mr. Bishop, sir, you are ordered to appear for sentencing before Judge Moskowitz on May 11th at 10:30 a.m.

I'll order a presentence report for Mr. Bishop.

(Discussion regarding another case.)

**THE COURT:**  I -- under the Speedy Trial Act, I exclude time between now and the dates that I just set on the grounds that the District Judge will be considering the tendered guilty plea and the plea agreements.

That will be all for today.

Thank you all very much.

**MR. BINNINGER:**  Thank you, Your Honor.

**MS. COTTON:**  Thank you, Your Honor.

**THE COURT:**  All right.

**THE DEFENDANT:**  Thank you, Your Honor.

(Discussion regarding another case.)

**THE CLERK:**   That concludes all matters.

Court is in recess.

(Proceedings adjourned at 3:52 p.m.)

**CERTIFICATE OF TRANSCRIBER**

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Southern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

DATE:  Wednesday, April 3, 2019

_/S/ James C. Pence-Aviles_____

James C. Pence-Aviles, RMR, CRR, CSR No. 13059
U.S. Court Reporter