

**FILED**

Nov 26 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ AKR    DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

JOHN LEE BISHOP,

        Defendant - Appellant.

No. 18-50425

D.C. No. 3:18-cr-00094-BTM-1
U.S. District Court for Southern
California, San Diego

**MANDATE**

The judgment of this Court, entered September 20, 2019, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 20 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>  v.<br><br>JOHN LEE BISHOP,<br><br>        Defendant-Appellant. | No.    18-50425<br><br>D.C. No. 3:18-cr-00094-BTM-1<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before:     FARRIS, TASHIMA, and NGUYEN, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver (Docket Entry No. 21) is granted, except as to standard supervised release conditions four, five, and thirteen, which are unconstitutionally vague.  *See United States v. Evans*, 883 F.3d 1154, 1162-64 (9th Cir.), *cert. denied*, 139 S. Ct. 133 (2018); *see also United States v. Watson*, 582 F.3d 974, 977-78 (9th Cir. 2009) (knowing and voluntary appeal waiver whose language encompasses the right to appeal on the grounds raised is enforceable but does not bar a constitutional challenge to a supervised release condition).  We remand for the district court to modify these conditions consistent with our opinion in *Evans*.

**DISMISSED; REMANDED with instructions.**