PROB 12B
(08/16)

October 9, 2020
pacts id: 4328483

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** John Lee Bishop (English)                    **Dkt No.:** 18CR00094-001-BTM

**Name of Sentencing Judicial Officer:** The Honorable Barry Ted Moskowitz, Senior U.S. District Judge

**Sentence:** 60 months' custody; 4 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** November 26, 2019

**Date Supervised Release Will Commence:** November 24, 2021

**Prior Violation History:** None.

---

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

You must participate in a mental health assessment and participate in mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

PROB12B

Name of Offender: John Lee Bishop                                          October 9, 2020
Docket No.: 18CR00094-001-BTM                                                      Page 2

## CAUSE

Mr. Bishop is currently completing his custodial confinement at the Federal Correctional Institution in Florence, Colorado and is scheduled to release on November 24, 2021.  He has requested to relocate to the District of Arizona upon his release from custody where he has prior residency and where his wife currently resides.

Mr. Bishop reported to being diagnosed with ADHD and anxiety during his presentence interview; however, there is no special condition ordered to oversee his mental health.  In order to effectively supervise Mr. Bishop, the District of Arizona is requesting that his terms of supervised released be modified.  It is respectfully recommended that a special condition requiring a mental health assessment and treatment be added.  This added condition will allow Mr. Bishop to received mental health treatment if needed and assist in his transition back into the community.  Attached for the Court's review is a Waiver of Hearing form, signed by Mr. Bishop in which he assents to the proposed modification.


Respectfully submitted:                          Reviewed and approved:

by _____          _____
Steven Nava                                      Christopher J. Marco
U.S. Probation Officer                           Supervisory U.S. Probation Officer
(619) 557-5763


Attachments:

_____

## THE COURT ORDERS:


✓        THE MODIFICATION OF CONDITIONS AS NOTED ABOVE


____        Other _____


_____          __October 9, 2020__
The Honorable Barry Ted Moskowitz                       Date
Senior U.S. District Judge